UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Hamilton, <br><br> Plaintiff <br><br> v. <br><br> Las Vegas Metro Police Department, et al., <br><br> Defendants | Case No. 2:21-cv-01746-JAD-EJY <br><br> **Order Adopting Report and Recommendation** <br><br> [ECF No. 7] |

The magistrate judge has screened Plaintiff Kevin Hamilton's Amended Complaint [ECF No. 5] and recommends that I dismiss all claims and close this case.[1] The deadline for Hamilton to object to that recommendation was April 13, 2022, and he did not file anything or ask to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 7] is ADOPTED** in its entirety.

**The following claims are dismissed with prejudice:**

- Plaintiff's Second Cause of Action alleging respondeat superior against AMR, Allied, Sunrise and LVMPD, and claims seeking an award of money damages against all Defendants acting in their official capacities;

---

[1] ECF No. 7.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

- Plaintiff's Fifth Amendment claim asserting a Miranda violation against LVMPD and Doe Officers I and II; and
- Plaintiff's False Imprisonment-Fourth Amendment Claim against LVMPD, AMR, Allied, and Sunrise.

**The following claims are dismissed without prejudice but without leave to amend because amendment would be futile:**

- Plaintiff's Fourth Amendment claim against Doe Officers I and II, Allied security guards Does III and IV, EMT Doe V, Abiog, Latifeci, Hansen, and Lovinger in their individual capacities; and
- Plaintiff's Intentional Infliction of Emotional Distress claim against Defendants LVMPD Officers Does I and II, and Drs. Hansen.

Finally, Plaintiff's Intentional Infliction of Emotional Distress claim against Defendants Abiog, Latifeci, and Doe V is dismissed without prejudice to his ability to assert this common law claim in state court.

**Because no claims remain, IT IS FURTHER ORDERED that the Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 15, 2022